

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00417-CV

## IN THE INTEREST OF E.J., J.J., V.J., AND C.J., CHILDREN

**From the 85th District Court
Brazos County, Texas
Trial Court No. 15-000408-CV-85**

## O R D E R

On June 1, 2017, appellants, Jennifer and Jason, filed a motion to exceed the word limit in their pro se response to their appointed counsel's motion to withdraw and supporting *Anders* brief. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Notwithstanding that this is a "response" not contemplated by the word limit for briefs, we nevertheless grant the motion and have filed the response.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted
Order issued and filed June 21, 2017

